UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Stewart,<br><br>      Plaintiff,<br><br> v.<br><br>FCA US LLC, et al.,<br><br>      Defendants. | No. 20-cv-02230-KJM-CKD<br><br>ORDER |

On March 15, 2023, this court issued a minute order setting a final pretrial conference for May 19, 2023.  ECF No. 23.  The court ordered the parties to meet and confer and file a joint pretrial statement no less than three weeks prior to the final pretrial conference.  *See id.*  As of the date of this order, the parties have not filed a joint pretrial statement.  Thus, the court **orders** the parties to show cause why it should not impose a sanction in the amount of $250 on each party for noncompliance with the court's order.  Additionally, the court **vacates** the final pretrial conference scheduled for May 19, 2023, and **resets** it for June 30, 2023 at 10:00 A.M.

  IT IS SO ORDERED.

DATED: May 8, 2023.

                       CHIEF UNITED STATES DISTRICT JUDGE