UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Stewart, | No. 20-cv-02230-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| FCA US LLC, et al., | |
| Defendants. | |

On March 15, 2023, this court issued a minute order setting a final pretrial conference for May 19, 2023. ECF No. 23. The court ordered the parties to meet and confer and file a joint pretrial statement no less than three weeks prior to the final pretrial conference. *See id.* The parties did not file a joint pretrial statement, and the court then ordered them to show cause why it should not impose a sanction in the amount of $250 on each party for noncompliance with the court's order. ECF No. 24. The court also vacated the final pretrial conference and reset it for June 30, 2023. *See id.* The parties have not responded to the court's order to show cause by the court's deadline. The court **imposes a sanction in the amount of $250 on each party.** Each party is **directed** to pay this amount to the Clerk of Court no later than seven (7) days from the date of this order.

1

Additionally, the parties have not filed a joint pretrial statement in anticipation of their final pretrial conference set for June 30, 2023. The court **orders** the parties to show cause within fourteen (14) days from the date of this order why it should not impose a second sanction in the amount of $500 on each party for noncompliance with the court's order to file this statement.

The court also **orders** plaintiff to show cause within fourteen (14) days from the date of this order why the court should not dismiss this case for failure to prosecute.

The court **vacates** the final pretrial conference scheduled for June 30, 2023.

IT IS SO ORDERED.

DATED: June 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE