UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Stewart,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US LLC, et al.,<br><br>        Defendants. | No. 20-cv-02230-KJM-CKD<br><br>ORDER |

On March 15, 2023, this court issued a minute order setting a final pretrial conference for May 19, 2023. ECF No. 23. The court ordered the parties to meet and confer and file a joint pretrial statement no less than three weeks prior to the final pretrial conference. *See id.* The parties did not file a joint pretrial statement. On June 26, 2023, after parties did not respond to the court's order prior to show cause, ECF No. 24, the court imposed a sanction in the amount of $250 on each party and issued an order to show cause within fourteen days why additional sanctions in the amount of $500 should not be imposed, ECF No. 26. On July 11, 2023, the court issued an order directing plaintiff's counsel to pay a total of $750 in monetary sanctions.

The court has now processed plaintiff's counsel's payment of $250, which was received on July 6, 2023. Ex. 1 Barry Decl., ECF No. 30–1. Plaintiff's counsel has also responded to the court's most recent order and explained their previous nonresponse as based on inadvertence. Barry Decl. at 2, ECF No. 30.

The court therefore orders as follows:

- **The order to show cause at ECF No. 26 is discharged in full**.
- **The order at ECF No. 29 is vacated in part** as to the provision directing plaintiff's counsel to pay a total of $750 in monetary sanctions.

IT IS SO ORDERED.

DATED: July 24, 2023.

CHIEF UNITED STATES DISTRICT JUDGE